ADAM PAUL LAXALT
  Attorney General
GERRI LYNN HARDCASTLE, Bar No. 13142
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1134
E-mail: ghardcastle@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BRIAN K. WILSON,

        Plaintiff,

vs.

ISIDRO BACA, et al.,

        Defendants.

Case No. 3:17-cv-00457-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

      Plaintiff, Brian K. Wilson, appearing *pro se*, and Defendants, Brian Ward and John and Jane Does, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Gerri Lynn Hardcastle, Deputy Attorney General, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 18 day of December, 2018.

By: *Brian K. Wilson*
BRIAN K. WILSON
*Plaintiff, Pro Se*

DATED this 20th day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
GERRI LYNN HARDCASTLE
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** December 20, 2018

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 20th day of December, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE,** by U.S. District Court CM/CEF Electronic Filing on:

BRIAN K. WILSON #46246
CARE OF NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTION CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
LAWLIBRARY@DOC.NV.GOV

_____
An employee of the
Office of the Attorney General